IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-00389-PSF-MJW

CONNIE ANDREWS,

    Plaintiff,

v.

CHARLES JOHN GRAY, JR.; and
NORTHLAND TRUCKING, INC.,

    Defendants.

---

## ORDER OF DISMISSAL

---

    The Court, having reviewed the parties' Stipulation for Dismissal With Prejudice (Dkt. # 42), hereby

    ORDERS that this case is DISMISSED with prejudice, each party to bear his, her or its own costs and attorney fees.

    DATED: January 19, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge